HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT'S TRUCKING, LLC,

          Plaintiff,

v.

NAVISTAR, INC.,

          Defendant.

No. 2:20-cv-01841-RSM

**ORDER GRANTING DEFENDANT NAVISTAR, INC. LEAVE TO FILE A RENEWED MOTION TO DISMISS, AND STAYING INITIAL CASE DEADLINES PENDING THE COURT'S RULING ON THAT MOTION**

## **ORDER**

This Court has considered the parties' Stipulated Motion for an Order (1) Granting Defendant Navistar, Inc. Leave to File a Renewed Motion to Dismiss and (2) Staying Initial Case Deadlines Pending the Court's Ruling on that Motion. Finding good cause therefore, the Court ORDERS that Defendant Navistar is hereby granted leave to file a renewed Rule 12(b) motion to dismiss directed to the issues that were deferred for ruling by this Court by the United States District Court for the Northern District of Texas in its December 21, 2020 Order, Dkt. 35. Navistar's renewed motion shall be filed within fourteen (14) days of the date of this Order.

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO BRING A RENEWED MOTION TO DISMISS AND STAYING INITIAL CASE DEADLINES– Page 1

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

The Court further orders that the initial case deadlines set forth at page 1 of its January 6, 2021 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Dkt. 40, are hereby stayed pending the Court's ruling on Navistar's renewed motion to dismiss. If any portion of this case survives the Court's ruling on that motion, the Court will issue an order re-setting those deadlines.

IT IS SO ORDERED.

DATED this 13th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

MILLER WEISBROD LLP

*s/ Warren M. Armstrong*
Clay Miller (*pro hac vice pending*)
Warren M. Armstrong (*pro hac vice pending*)
12750 Merit Drive, Suite 1100
P.O. Box 821329 (75382)
Dallas, TX 75251
Phone: (214) 987-0005
cmiller@millerweisbrod.com
warmstrong@millerweisbrod.com

*Attorneys for Plaintiff*

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO BRING A RENEWED MOTION TO DISMISS AND STAYING INITIAL CASE DEADLINES– Page 2

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1 | |
| 2 | CORR CRONIN LLP |
| 3 | |
| 4 | |
| 5 | *s/ Kevin C. Baumgardner*<br>Kevin C. Baumgardner, WSBA No. 14263 |
| 6 | Lucio E. Maldonado, WSBA No. 54279<br>1001 4th Avenue, Suite 3900 |
| 7 | Seattle, WA  98101<br>Phone:  (206) 625-8600 |
| 8 | kbaumgardner@corrcronin.com<br>lmaldonado@corrcronin.com |
| 9 | |
| 10 | HARTLINE BARGER, LLP |
| 11 | Brian Joseph Sawyer (*admitted pro hac vice*) |
| 12 | Clayton J. Callen (*admitted pro hac vice*)<br>Jeff S. Patterson (*admitted pro hac vice*) |
| 13 | 8750 N. Central Expressway<br>Suite 1600 |
| 14 | Dallas, TX 75231<br>214-346-3738 |
| 15 | bsawyer@hartlinebarger.com<br>ccallen@hartlinebarger.com |
| 16 | jpatterson@hartlinebarger.com |

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO BRING A RENEWED MOTION TO DISMISS AND STAYING INITIAL CASE DEADLINES– Page 3

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900